**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **AUGUSTINA EYASUH AJA,** | **CIVIL DOCKET NO. 3:26-cv-3730** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN, RICHWOOD CORRECTIONAL CENTER; BRIAN ACUNA, FIELD OFFICE DIRECTOR, NEW ORLEANS ICE/ERO; DAVID VENTURELLA, ACTING DIRECTOR OF ICE; MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY; AND TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES** | **MAGISTRATE JUDGE GALE** |

## TEMPORARY RESTRAINING ORDER

Before the Court is Petitioner Augustina Eyasuh Aja's RENEWED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER (the "Motion") [Doc. 6]. Having considered the Motion, the supporting memorandum and exhibits, and the record, the Court finds on the present record that Petitioner has shown a substantial likelihood that she is a member of the class certified in *D.V.D. v. U.S. Department of Homeland Security*, No. 1:25-cv-10676 (D. Mass.), whose final judgment was affirmed in relevant part in No. 26-1212 (1st Cir. Sept. 18, 2026), and is no longer stayed pending appeal. The United States has filed an application to stay with the United States Supreme Court, which remains pending.

Accordingly, at this time, Petitioner's removal to a country not designated or identified in writing in her prior proceedings, without effective notice and a meaningful opportunity to seek protection, would be contrary to law. The Court also

finds a substantial threat of irreparable injury if she is removed before the Court can rule, that the threatened injury outweighs any harm to Respondents, and the relief directed herein will not disserve the public interest.

IT IS THEREFORE ORDERED that the Motion is GRANTED as follows:

1. Respondents, their officers, agents, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Order, are TEMPORARILY RESTRAINED from removing Petitioner Augustina Eyasuh Aja, A# 241-714-934, from the United States to any country other than Cameroon for a period of 14 days or until the Supreme Court rules on the Government's stay application, whichever comes first.

2. This Order does not adjudicate the validity of Petitioner's removal order or the merits of any claim for protection. It preserves the status quo to allow the issues raised herein to be briefed and the Supreme Court to rule on the Government's stay application.

3. Security under Federal Rule of Civil Procedure 65(c) is waived.

4. Respondents shall file a response to the Motion no later than September 30, 2026, at 5:00 p.m.

THUS, DONE AND SIGNED in Chambers on this 25th day of September 2026.

David C Joseph

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE